UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FLORO P. ESPINOSA and
ANGELITA ESPINOSA,
individuals,

        NO. CIV. S-09-1191 LKK/EFB

    Plaintiffs,

  v.                              O R D E R

QUALITY LOAN SERVICE CORP.,
a corporation, AURORA LOAN
SERVICES, a corporation,
SUMMIT FUNDING, INC., a
corporation, and DOES
1 through 100, inclusive,

    Defendants.
                             /

    Plaintiffs Floro P. Espinosa and Angelita Espinosa, together with defendant Aurora Loan Services Inc., stipulate to dismissal of the entirety of this action.  Although the complaint names two additional defendants, these defendants have not stated appearances in this case.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared

1

1  in a case.  Thus, no order is necessary here.  Nonetheless, the
2  court confirms that the stipulation of dismissal is effective, and
3  directs the clerk of the court to close this case.
4      IT IS SO ORDERED.
5      DATED: June 19, 2009.

```
                                   /s/ Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT
```

2